IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| CHELSIE NITSCHKE, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 1:24-cv-00023 |
| | ) | |
| JOHN MAHER BUILDERS, INC., ET AL., | ) | JUDGE RICHARDSON |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MARK WATSON, ET AL., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## ORDER

On March 24, 2025, the parties filed a joint stipulation of dismissal (Doc. No. 51, "Stipulation") which was signed by counsel for all parties. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation sufficed to dismiss this matter without any action on the part of the Court. The Stipulation states that dismissal is with prejudice, and thus under Rule 41(a)(1)(B) the dismissal in fact is with prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED WITH PREJUDICE** effective as of the time of the filing of the Stipulation.

The Clerk of the Court is **DIRECTED** to enter final judgment under Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE